BK0902704
TJK

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

IN RE:

David G. Neff

　　　　　　　　　Debtor

Case No. 09-21730

Chapter 7

Judge Howard

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY OF WELLS FARGO BANK, N.A. (PROPERTY ADDRESS: 2007 LAFITTE COURT, UNION, KY 41091)**

This matter is before the Court upon the Motion for Relief from the Automatic Stay and for Abandonment of Property filed herein by the secured creditor, Wells Fargo Bank, N.A., and it appearing to the Court that the Debtor, Debtor counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice and opportunity for hearing; and it further appearing that Movant's Motion is well taken; accordingly

IT IS ORDERED THAT the automatic stay imposed by Section 362 of the Bankruptcy Code shall be, and hereby is terminated in all respects as against the said Movant, its successors and assigns, and that the Trustee's interest in the subject real property is hereby abandoned.

Pursuant to Local Rule 9022-1(c),

*Mia L. Conner*

shall cause a copy of this order to be served on
each of the parties designated to receive
this order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.

COPIES TO:

Beneficial- Creditor
PO Box 3423
Buffalo, NY 14240-9733
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Hon. Mia L Conner - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Hon. Alexander F Edmondson - Attorney for Debtor
28 W 5th St
Covington, KY 41011
VIA ELECTRONIC SERVICE

L. Craig Kendrick - Trustee
7000 Houston Road
Building 300, Suite 25
Florence, KY 41042
VIA ELECTRONIC SERVICE

David G. Neff - Debtor
3823 Locke St.
Latonia, KY 41015
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
100 East Vine Street, Ste. 500
Lexington, KY 40507
VIA ELECTRONIC SERVICE

/s/ Mia L. Conner
Mia L. Conner
KY Bar Registration #: 90625
513-241-3100 x-3445

LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com

3

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document
has been signed by the Judge and electronically entered by the Clerk in the
official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge
Dated: Monday, September 28, 2009
(jms)**