# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: David G Neff<br><br>　　　3823 Locke St.<br>　　　Latonia, KY 41015<br>aka/dba:<br><br>SSN/TID: xxx–xx–7310<br><br><br><br>Debtor(s) | Case Number: 09–21730–wsh<br><br>Chapter: 7 |

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

　　It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

Dated: 11/17/09

By The Court

*[signature]*

William S. Howard
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) continued

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0643-2            User: alisaf                  Page 1 of 1             Date Rcvd: Nov 17, 2009
Case: 09-21730                  Form ID: B18                  Total Noticed: 19

The following entities were noticed by first class mail on Nov 19, 2009.
db           +David G Neff,    3823 Locke St.,    Latonia, KY 41015-1445
3929016      +BENEFICIAL,    P.O. BOX 3423,    BUFFALO NY 14240-3423
3929021      +CITIBANK,    P.O. BOX 6241,    SIOUX FALLS SD 57117-6241
3929022       DELTA CREDIT UNION,    P.O. BOX 105135,    ATLANTA GA 30348-5135
3929023       DELTA EMPLOYEE CREDIT UNION,    P.O. BOX 20541,    ATLANTA GA 30320-2541
3929027      +HSBC,    P.O. BOX 4115,    CAROL STREAM IL 60197-4115
3929030     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. BANK,    4325 17TH AVE,    FARGO ND 58125)
3929031       WELLS FARGO HOME MORTGAGE,    P.O. BOX 6423,    CAROL STREAM IL 60197-6423

The following entities were noticed by electronic transmission on Nov 17, 2009.
3929017      +EDI: HFC.COM Nov 17 2009 18:18:00     BEST BUY,    P.O. BOX 15519,    WILMINGTON DE 19850-5519
3929018       EDI: CAPITALONE.COM Nov 17 2009 18:18:00     CAPITAL ONE,    P.O. BOX 85520,
              RICHMOND VA 23285-5520
3929019      +EDI: CHASE.COM Nov 17 2009 18:18:00     CHASE,    800 BROOKSEDGE BLVD,    WESTERVILLE OH 43081-2822
3929020      +EDI: CHASE.COM Nov 17 2009 18:18:00     CIRCUIT CITY,    P.O. BOX 15325,
              WILMINGTON DE 19886-5325
3929021      +EDI: CITICORP.COM Nov 17 2009 18:18:00     CITIBANK,    P.O. BOX 6241,    SIOUX FALLS SD 57117-6241
3929025       EDI: DISCOVER.COM Nov 17 2009 18:18:00     DISCOVER,    P.O. BOX 15316,    WILMINGTON DE 19850-5316
3952124       EDI: RMSC.COM Nov 17 2009 18:18:00     GE MONEY BANK,    C/O RECOVERY MANAGEMENT SYSTEMS CORP,
              25 SE 2ND AVE STE 1120,    MIAMI FL 33131-1605
3929026      +EDI: HFC.COM Nov 17 2009 18:18:00     HSBC,    P.O. BOX 5253,    CAROL STREAM IL 60197-5253
3929028       EDI: RMSC.COM Nov 17 2009 18:18:00     JC PENNY,    P.O. BOX 32000,    ORLANDO FL 32890
3929029       EDI: HFC.COM Nov 17 2009 18:18:00     ORCHARD BANK,    P.O. BOX 5222,    CAROL STREAM IL 60197-5222
3951277       EDI: RECOVERYCORP.COM Nov 17 2009 18:18:00     RECOVERY MANAGEMENT SYSTEMS CORPORATION,
              25 S.E. 2ND AVENUE, SUITE 1120,    MIAMI, FL 33131-1605
3929030       EDI: USBANKRS.COM Nov 17 2009 18:18:00     U.S. BANK,    4325 17TH AVE,    FARGO ND 58125
3985648      +EDI: WFFC.COM Nov 17 2009 18:18:00     WELLS FARGO BANK, NA,    3476 STATEVIEW BOULEVARD,
              FORT MILL, SC 29715-7200,    MAC #7801-013
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Wells Fargo Bank, N.A.
3929024       DIANE NEFF
                                                                                               TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2009**                    **Signature:** _Joseph Speetjens_